# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NEBRASKA FURNITURE MART, INC., <br><br> Plaintiff, <br><br> v. <br><br> KELORA SYSTEMS, LLC, <br><br> Defendants. | Civil Case No. _____ <br><br><br> **JURY TRIAL DEMANDED** |

## DISCLOSURE OF CORPORATE INTERESTS CERTIFICATE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Plaintiff Nebraska Furniture Mart, Inc. that the following corporate interests are disclosed:

1. The parent company of Nebraska Furniture Mart is Berkshire Hathaway, Inc. based in Omaha, Nebraska.

2. Any publicly held company that owns ten percent (10%) or more of Nebraska Furniture Mart: Berkshire Hathaway, Inc.

| | |
|---|---|
| Dated: February 3, 2011 <br> Wilmington, Delaware | POLSINELLI SHUGHART PC <br><br> */s/ Shanti M. Katona* <br> Christopher A. Ward (Del. Bar No. 3877) <br> Shanti M. Katona (Del. Bar No. 5352) <br> 222 Delaware Avenue, Suite 1101 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 252-0920 <br> Facsimile: (302) 252-0921 <br><br> -and- |

026260/123785-475242.1

-2-

OF COUNSEL:
Keith J. Grady
Graham L. W. Day
POLSINELLI SHUGHART PC
100 S. Fourth Street, Suite 1000
St. Louis, MO 63102
Telephone: (314) 889-8000
Facsimile: (314) 231-1776

*Attorneys for Plaintiff*
*Nebraska Furniture Mart, Inc.*

026260/123785-475242.1