IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NEBRASKA FURNITURE MART, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KELORA SYSTEMS LLC | : | NO. 1:11-cv-00115-LDD |

**NOTICE**

Please be advised that a Rule 16 conference in the above-captioned case is scheduled for **MONDAY, APRIL 25, 2011 at 10:00 AM** before the Honorable Legrome D. Davis, Room 6614, U.S. Courthouse, 601 Market Street, Philadelphia, PA, 19106.

Please complete the enclosed Conference Information Report and mail or fax the completed Report, along with a joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f), for arrival in Judge Davis' Chambers at least three business days prior to the Rule 16 conference.

At the close of the conference, you will receive an order from Judge Davis listing firm dates for the completion of discovery, other pretrial submissions and the trial, if a trial is required.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference.

Failure to comply with this directive may result in the imposition of sanctions.

The conference will be continued to another date only in exceptional cases.

Very truly yours,

_____
Donna Croce
Deputy Clerk to Judge Legrome D. Davis
267-299-7659
267-299-5078 (Fax)

04/07/11 DC
C.A. Ward
J.C. Phillips, Jr.

RULE 16 CONFERENCE INFORMATION REPORT

Civil Action No.: <u>11-115</u>  Jury Trial _____  Bench Trial _____  Arbitration _____

Service of Process Made _____
                                   (Date)

Caption: <u>Nebraska Furniture Mart Inc. v. Kelora Systems LLC</u>

Trial Counsel: _____

Representing: _____

Law Firm: _____

Address: _____

        _____

Telephone: _____  Fax: _____  E-Mail: _____

Are there threshold motions? _____
                                (Identify Motion(s))

When will discovery be completed? _____
                              (Date)

Will motion for summary judgment be filed?  Yes _____  No _____

Has settlement been discussed?  Yes _____  No _____

If not, why not? _____

Future settlement conference requested  Yes _____  No _____

Novel issues or special problems?  Yes _____  No _____  If yes, describe.

_____

_____

Ready for trial by? _____
                  (Date)

Trial time estimates:  Time to present your case  _____

                        Time for entire trial  _____

Date: _____  _____
                                            Signature of counsel

                                            _____
                                            Typed or printed name