IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE


NEBRASKA FURNITURE MART INC.   :          CIVIL ACTION
                                        :

v.                                  :
                                        :

KELORA SYSTEMS LLC               :          No. 1:11-cv-00115-LDD


ORDER

AND NOW, this 26th day of April 2011, upon conference with counsel for the parties in

the above-captioned action on April 25, 2011, it is hereby ORDERED that:

1.      Counsel shall promptly discuss with their respective clients whether this action should be transferred to the United States District Court for the Northern District of California.

2.      Counsel shall promptly meet and confer to determine whether the parties can agree that this action should be transferred to the United States District Court for the Northern District of California.

3.      The parties shall jointly notify the Court in writing on or before Monday, May 2, 2011, whether they agree that this action should be transferred to the United States District Court for the Northern District of California.

4.      If the parties do not agree to a transfer of this action, the party proposing a transfer of this action to the United States District Court for the Northern District of California shall file a motion for transfer on or before Monday, May 16, 2011.


BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.