1  POLSINELLI SHUGHART PC
   GRAHAM L.W. DAY (No. 186553) (gday@polsinelli.com)
2  KEITH J. GRADY (Of Counsel) (kgrady@polsinelli.com)
   100 S. 4th Street
3  Suite 1000
   St. Louis, MO 63102
4  Tel:   (314) 889-8000
   Fax:   (314) 622-6709
5
   Attorneys for Plaintiff
6  NEBRASKA FURNITURE MART, INC.

7  MANATT PHELPS & PHILLIPS, LLP
   Robert D. Becker (Bar No. 160648) (rbecker@manatt.com)
8  Ronald S. Katz (Bar No. 85713) (rkatz@manatt.com)
   Shawn G. Hansen (Bar No. 197033) (shansen@manatt.com)
9  1001 Page Mill Road, Building 2
   Palo Alto, CA 94304-1006
10 Telephone:    (650) 812-1300
   Facsimile:    (650) 213-0260
11
   Attorneys for Defendant
12 KELORA SYSTEMS, LLC

13

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17 | NEBRASKA FURNITURE MART, INC. | Case No.: CV11-02284 CW
18 |           Plaintiff,          | **STIPULATION AND [PROPOSED]**
                                     **ORDER REGARDING EXTENSION**
19 |           v.                  | **OF DEADLINE TO SUBMIT JOINT**
                                     **CASE MANAGEMENT STATEMENT**
20 | KELORA SYSTEMS, LLC,          |
21 |           Defendant.          |

22

23
                          **STIPULATION**
24
        Nebraska Furniture Mart, Inc. and Kelora Systems, LLC, file this stipulation and proposed
25
   order asking the Court to extend the deadline to file the Case Management Statement in this
26
   matter, and state to Court as follows:
27
        1.      On May 5, 2011 the United States District Court for the District of Delaware
28

1. transferred this matter to the United States District Court for the Northern District of California.

2. On May 12, 2011 the United States District Court for the Northern District of California opened this matter and assigned the case to the Honorable Paul S. Grewal.

3. On May 18, 2011, the Court issued an order setting a deadline of May 31, 2011 for the parties to submit a joint Case Management Statement.

4. Today, May 24, 2011, the Court reassigned the matter to the Honorable Claudia Wilken and set a deadline of today, May 24, 2011, to submit a joint Case Management Statement.

5. Nebraska Furniture Mart, Inc. and Kelora Systems, LLC agree that additional time is necessary for the parties to confer, prepare and submit their joint Case Management Statement in light of the new deadline.

WHEREFORE Nebraska Furniture Mart, Inc. and Kelora Systems, LLC respectfully request an extension of two days, until May 26, 2011, to file their joint Case Management Statement.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 24, 2011          By: */s/ Robert D. Becker*
                                 ROBERT D. BECKER (Bar No. 160648)
                                   <rbecker@manatt.com>
                                 RONALD S. KATZ (Bar No. 85713)
                                   <rkatz@manatt.com>
                                 SHAWN G. HANSEN (Bar No. 197033)
                                   <shansen@manatt.com>
                                 MANATT, PHELPS & PHILLIPS, LLP
                                 1001 Page Mill Road, Building 2
                                 Palo Alto, CA  94304-1006
                                 Telephone:    (650) 812-1300
                                 Facsimile:    (650) 213-0260

                                 *Counsel for Kelora Systems, LLC*

Dated: May 24, 2011     By: */s/ Graham L.W. Day*
                        GRAHAM L.W. DAY (No. 186553)
                         <gday@polsinelli.com>
                        KEITH J. GRADY (Of Counsel)
                         <kgrady@polsinelli.com>
                        POLSINELLI SHUGHART PC
                        100 S. 4th Street, Suite 1000
                        St. Louis, MO 63102
                        Tel: (314) 889-8000
                        Fax: (314) 622-6709

*Counsel for Nebraska Furniture Mart, Inc.*

### SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

            s/ Robert D. Becker
            Robert D. Becker

### [PROPOSED] ORDER GRANTING EXTENSION

The parties are hereby granted an extension of time to submit their Joint Case Management Statement. The parties shall have up to and including Thursday, May 26, 2011 to submit their Joint Case Management Statement.

SO ORDERED.

Dated: _____           _____
                                   CLAUDIA WILKEN
                                   United States District Judge

# PROOF OF SERVICE

The undersigned hereby certifies that on May 24, 2011, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which sent Notice of Electronic Filing to the following:

Graham L.W. Day
Keith J. Grady
POLSINELLI SHUGHART PC
100 S. 4th Street, Suite 1000
St. Louis, MO 63102
gday@polsinelli.com
kgrady@polsinelli.com

John C. Phillips, Jr., Esq.
Megan C. Haney, Esq.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Shawn Hansen, Esq.
Robert D. Becker, Esq.
Ronald S. Katz, Esq.
Benjamin M. Kleinman, Esq.
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
shansen@manatt.com
rbecker@manatt.com
rkatz@manatt.com
bkleinman@manatt.com

Attorneys for Defendant
KELORA SYSTEMS, LLC

                                                                                               s/Faye M. Stephenson
                                                                                                 Faye M. Stephenson

488313.1

300259038.1