POLSINELLI SHUGHART PC
GRAHAM L.W. DAY (No. 186553) (gday@polsinelli.com)
KEITH J. GRADY (Of Counsel) (kgrady@polsinelli.com)
100 S. 4th Street
Suite 1000
St. Louis, MO  63102
Tel:     (314) 889-8000
Fax:    (314) 622-6709

Attorneys for Plaintiff
NEBRASKA FURNITURE MART, INC.

MANATT PHELPS & PHILLIPS, LLP
Robert D. Becker (Bar No. 160648) (rbecker@manatt.com)
Ronald S. Katz (Bar No. 85713) (rkatz@manatt.com)
Shawn G. Hansen (Bar No. 197033) (shansen@manatt.com)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:        (650) 812-1300
Facsimile:         (650) 213-0260

Attorneys for Defendant
KELORA SYSTEMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEBRASKA FURNITURE MART, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>KELORA SYSTEMS, LLC,<br><br>    Defendant. | Case No.:  CV11-02284 CW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING EXTENSION<br>OF DEADLINE TO SUBMIT JOINT<br>CASE MANAGEMENT STATEMENT** |

## STIPULATION

Nebraska Furniture Mart, Inc. and Kelora Systems, LLC, file this stipulation and proposed order asking the Court to extend the deadline to file the Case Management Statement in this matter, and state to Court as follows:

1.  On May 5, 2011 the United States District Court for the District of Delaware

1 transferred this matter to the United States District Court for the Northern District of California.

2.  On May 12, 2011 the United States District Court for the Northern District of California opened this matter and assigned the case to the Honorable Paul S. Grewal.

3.  On May 18, 2011, the Court issued an order setting a deadline of May 31, 2011 for the parties to submit a joint Case Management Statement.

4.  Today, May 24, 2011, the Court reassigned the matter to the Honorable Claudia Wilken and set a deadline of today, May 24, 2011, to submit a joint Case Management Statement.

5.  Nebraska Furniture Mart, Inc. and Kelora Systems, LLC agree that additional time is necessary for the parties to confer, prepare and submit their joint Case Management Statement in light of the new deadline.

WHEREFORE Nebraska Furniture Mart, Inc. and Kelora Systems, LLC respectfully request an extension of two days, until May 26, 2011, to file their joint Case Management Statement.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 24, 2011            By: */s/ Robert D. Becker*
                                   ROBERT D. BECKER (Bar No. 160648)
                                    <rbecker@manatt.com>
                                   RONALD S. KATZ (Bar No. 85713)
                                    <rkatz@manatt.com>
                                   SHAWN G. HANSEN (Bar No. 197033)
                                    <shansen@manatt.com>
                                   MANATT, PHELPS & PHILLIPS, LLP
                                   1001 Page Mill Road, Building 2
                                   Palo Alto, CA  94304-1006
                                   Telephone:    (650) 812-1300
                                   Facsimile:    (650) 213-0260

                                   *Counsel for Kelora Systems, LLC*

2.

**STIPULATION REQUESTING EXTENSION OF DEADLINE**
CASE NO. CV11-02284 CW

| | |
|---|---|
| Dated: May 24, 2011 | By: */s/ Graham L.W. Day*<br>GRAHAM L.W. DAY (No. 186553)<br><gday@polsinelli.com><br>KEITH J. GRADY (Of Counsel)<br><kgrady@polsinelli.com><br>POLSINELLI SHUGHART PC<br>100 S. 4th Street, Suite 1000<br>St. Louis, MO 63102<br>Tel: (314) 889-8000<br>Fax: (314) 622-6709 |

*Counsel for Nebraska Furniture Mart, Inc.*

### SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from each of the other signatories shown above.

s/ Robert D. Becker
Robert D. Becker

### [PROPOSED] ORDER GRANTING EXTENSION

The parties are hereby granted an extension of time to submit their Joint Case Management Statement. The parties shall have up to and including Thursday, May 26, 2011 to submit their Joint Case Management Statement.

SO ORDERED.

Dated: 5/25/2011/

CLAUDIA WILKEN
United States District Judge

3.

**STIPULATION REQUESTING EXTENSION OF DEADLINE**
CASE NO. CV11-02284 CW