| 1 | POLSINELLI SHUGHART PC
| | GRAHAM L.W. DAY (No. 186553) (gday@polsinelli.com)
| 2 | KEITH J. GRADY (Of Counsel) (kgrady@polsinelli.com)
| | 100 S. 4th Street
| 3 | Suite 1000
| | St. Louis, MO 63102
| 4 | Tel: (314) 889-8000
| | Fax: (314) 622-6709

Attorneys for Plaintiff
NEBRASKA FURNITURE MART, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NEBRASKA FURNITURE MART, INC. | Case No.: CV11-02284 CW |
|---|---|
| Plaintiff, | |
| v. | **CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| KELORA SYSTEMS, LLC, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-16 and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies on behalf of Nebraska Furniture Mart, Inc. that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Nebraska Furniture Mart, Inc., is an indirect wholly owned subsidiary of Berkshire Hathaway, Inc., a publicly held corporation; Berkshire Hathaway, Inc. does not have any parent corporation and no publicly held corporation owns 10% more of its stock.

| | |
|---|---|
| Dated: May 26, 2011 | By: */s/ Graham L.W. Day* <br> GRAHAM L.W. DAY (No. 186553) <br> <gday@polsinelli.com> <br> KEITH J. GRADY (Of Counsel) <br> <kgrady@polsinelli.com> <br> POLSINELLI SHUGHART PC <br> 100 S. 4th Street, Suite 1000 <br> St. Louis, MO 63102 <br> Tel: (314) 889-8000 <br> Fax: (314) 622-6709 <br> <br> *Counsel for Nebraska Furniture Mart, Inc.* |

## PROOF OF SERVICE

The undersigned hereby certifies that on May 26, 2011, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which sent Notice of Electronic Filing to the following:

John C. Phillips, Jr., Esq.
Megan C. Haney, Esq.
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
mch@pgslaw.com

Shawn Hansen, Esq.
Robert D. Becker, Esq.
Ronald S. Katz, Esq.
Benjamin M. Kleinman, Esq.
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
shansen@manatt.com
rbecker@manatt.com
rkatz@manatt.com
bkleinman@manatt.com

Attorneys for Defendant
KELORA SYSTEMS, LLC

s/ Graham L.W. Day