MANATT, PHELPS & PHILLIPS, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
RONALD S. KATZ (Bar No. CA 085713)
E-mail: rkatz@manatt.com
SHAWN G. HANSEN (Bar No. CA 197033)
E-mail: shansen@manatt.com
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

*Attorneys for Defendant and Counterclaim-Plaintiff*
KELORA SYSTEMS, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Nebraska Furniture Mart, Inc., <br><br> *Plaintiff and Counterclaim-Defendant*, <br><br> vs. <br><br> Kelora Systems, LLC, <br><br> *Defendant and Counterclaim-Plaintiff.* | No. 4:11-cv-2284-CW (filed Feb. 3, 2011) <br><br> **JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nebraska Furniture Mart, Inc. ("NFM") and Kelora Systems, LLC ("Kelora") hereby stipulate to dismiss all claims and counterclaims between them in this case, with prejudice.

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. OF DISMISSAL
4:11-CV-02284-CW

1 | DATED:      December 8, 2011

3 | By: */s/ Robert D. Becker*  
    Robert D. Becker (rbecker@manatt.com)  
    Ronald S. Katz (rkatz@manatt.com)  
    Shawn G. Hansen (shansen@manatt.com)  
    MANATT, PHELPS & PHILLIPS, LLP  
    1841 Page Mill Road, Suite 200  
    Palo Alto, CA 94304  
    Tel: (650) 812-1300  
    Fax: (650) 213-0260

*Attorneys for*  
KELORA SYSTEMS, LLC

By:   */s/ Andrew Song*  
    Ted G. Dane (Bar No. 143195)  
    <Ted.Dane@mto.com>  
    Andrew W. Song (Bar No. 236588)  
    <Andrew.Song@mto.com>  
    MUNGER, TOLLES & OLSON LLP  
    355 South Grand Avenue, 35th Floor  
    Los Angeles, California 90071  
    Telephone: (213) 683-9100  
    Facsimile: (213) 687-3702

*Attorneys for*  
NEBRASKA FURNITURE MART, INC.

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby certify that concurrence in the filing of this document has been obtained from the other signatory shown above.

                    /s/Robert D. Becker

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **All pending motions are terminated.**

DATED: 12/9/2011   _____  
                 Hon. Claudia Wilken  
                 U.S. District Judge

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 8, 2011, all counsel of record who are deemed to have consented to electronic service are being served, via the Court's CM/ECF system pursuant to Civil L.R. 5-4 and General Order 45, with a copy of the foregoing **JOINT STIPULATION OF DISMISSAL.**

By: */s/ Robert D. Becker*
    Robert D. Becker

301111138.1